# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| LEANNE CROWE and LEVI CROWE,<br><br>Plaintiffs,<br><br>v.<br><br>SRR PARTNERS, LLC d/b/a SORREL RIVER RANCH RESORT & SPA, JJ'S MERCANTILE, LLC, and ELIZABETH RAD,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR SANCTIONS**<br><br>Case No. 4:21-cv-00108-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendants SRR Partners, LLC d/b/a Sorrel River Ranch Resort & Spa ("SRR"), JJ's Mercantile, LLC's ("JJ's"), and Elizabeth Rad filed Defendants' Motion for Rule 11 Sanctions ("Motion").[1] The Motion and other papers filed[2] outline the essential facts of this case, though the parties vigorously dispute the proper result. Neither party's filings are very helpful or convincing.

Courts enjoy broad discretion in determining whether sanctions should be imposed.[3] Rule 11 of the Federal Rules of Civil Procedure uses permissive language regarding sanctions, and its language has been considered. Careful review has been made of the pleadings, motions, prior orders, and the Motion and related filings.

Defendants have not demonstrated that Plaintiffs' conduct violates Rule 11 to warrant the imposition of sanctions. Accordingly,

---

[1] Docket no. 39, filed December 29, 2022.

[2] Docket no 41, filed January 13, 2023; docket no. 45, filed January 30, 2023; docket no. 12, filed December 23, 2021; docket no. 18, filed January 11, 2022; docket no. 23, filed January 20, 2022; docket no. 24, filed January 28, 2022.

[3] *Xyngular v. Schenkel*, 890 F.3d 868, 875 (10th Cir. 2018).

IT IS HEREBY ORDERED that the Motion is DENIED.

Signed September 26, 2023.

                                      BY THE COURT

                                      _____
                                      David Nuffer
                                      United States District Judge